UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCFARLANE | : | NO.: |
| | : | |
| v. | : | |
| | : | |
| SAIDKOZIM ASHRAPOV ET AL | : | JANUARY 4, 2023 |

### NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, Saidkozim Ashrapov and Verda Express, Inc., hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Hartford at Hartford, for the following reasons:

1. The plaintiffs commenced the instant action against the undersigned defendants, Saidkozim Ashrapov and Verda Express, Inc., by service of a Summons and Complaint dated December 19, 2022. On December 20, 2022, service was made on the defendants by way of the Commissioner of the Department of Motor Vehicles of the State of Connecticut, and on December 20, 2022 by certified mail to the defendants, Saidkozim Ashrapov and Verda Express, Inc.

2. The action has a return date to Superior Court for the Judicial District of Hartford at Hartford of January 31, 2023.

3. The above-described action is a civil action and is one which may be removed to the Court by the petitioners, defendants therein, pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1332 in that the plaintiff, James McFarlane is a citizen of the State of Connecticut, the defendant, Saidkozim Ashrapov, is a citizen of the State of Pennsylvania, and the defendants, E&O Solutions, Inc and Verda Express, Inc., are Illinois corporations with principal places of business in the State of Illinois.

4. The plaintiff, James McFarlane's, complaint Statement of Demand states that his demand is greater than $15,000.00.  He claims numerous injuries, some or all of which he claims may be permanent in nature.  These injuries include: neck injury, back injury, chest injury, abdomen injury, head injury, headaches, and emotional distress as well as future pain and suffering. Plaintiff also claims that he incurred expenses associated with medical care and lost time and wages from his employment, and may lose additional time from work and incur additional lost wages.  Due to the nature of these injuries and the fact that some or all may be permanent in nature, the amount in controversy in this case is greater than $75,000.

6. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendants as follows: (a) Summons; (b) Complaint; and (c) statement of amount in demand.

7.      The defendants Saidkozim Ashrapov and Verda Express, Inc., deny all the plaintiff's allegations of damages and liability.

8.      Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the plaintiffs and the defendants and the amount in controversy is greater than $75,000.

WHEREFORE, the petitioners, Saidkozim Ashrapov and Verda Express, Inc., pray that the above action now pending in Superior Court located at 95 Washington Street, Hartford, Connecticut, be removed therefrom to this Court.

DEFENDANTS,
SAIDKOZIM ASHRAPOV AND
VERDA EXPRESS, INC.

By */s/ Svetlana Steele-Baird*
    Svetlana Steele-Baird (ct31290)
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114-1121
    (860) 249-1361
    (860) 249-7665 (Fax)
    ssteelebaird@hl-law.com

## **CERTIFICATION**

This is to certify that on **January 4, 2023**, a copy of the foregoing **Notice of Removal** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Scott Burg, Esquire
Butler, Norris & Gold
254 Prospect Avenue
Hartford, CT  06106
sburg@bnglaw.com

Non-appearing Party
E&O Solutions, Inc.
c/o Agent for Service
Orkhan Shirinzade
745 Tollgate Road
Elgin, IL 60123

*/s/ Svetlana Steele-Baird*
Svetlana Steele-Baird

| | | |
|---|---|---|
| **SUMMONS - CIVIL**<br>JD-CV-1  Rev. 2-20<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on ADA accommodations, contact a court clerk or go to: *www.jud.ctgov/ADA*. | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>*www.jud.ct.gov*  |

**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO:** Any proper officer

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>95 Washington Street, Hartford, CT 06106 | Telephone number of clerk<br>( 860 ) 548 – 2700 | Return Date *(Must be a Tuesday)*<br>01/31/2023 |
|---|---|---|
| [x] Judicial District    G.A.<br>[ ] Housing Session   Number: EH | At *(City/Town)*<br>Hartford | Case type code *(See list on page 2)*<br>Major: **V**    Minor: **01** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Butler Norris & Gold, 254 Prospect Ave., Hartford, CT 06106 | Juris number *(if attorney or law firm)*<br>007660 |
|---|---|
| Telephone number<br>( 860 ) 236 – 6951 | Signature of plaintiff *(if self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [x] Yes [ ] No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>sburg@bnglaw.com |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: **McFarlane, James**<br>Address: **180 South Marshall Street, Hartford, CT 06105** | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: **Ashrapov, Saidkozim**<br>Address: **9906 Bustleton Ave., Apt. E13, Philadelphia, PA 19115** | D-01 |
| **Additional defendant** | Name: **E&O Solutions Inc. c/o agent for service: Orkhan Shirinzade**<br>Address: **745 Tollgate Road, Elgin, IL 60123** | D-02 |
| **Additional defendant** | Name: **Verda Express, Inc. C/O Isa Humbatli, Agent and President**<br>Address: **2800 Canterfield Pkwy E Unit 120, West Dundee, IL 60118** | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 3 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date<br>12/19/2022 | Signed *(Sign and select proper box)*<br>*/s/ Scott Burg/* | [x] Commissioner of Superior Court<br>[ ] _____ Clerk | Name of person signing<br>**Scott Burg, Esq.** |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiffs) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| For Court Use Only |
|---|
| File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

**Instructions**

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

Do not use this summons for the following actions:

(a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
(b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
(c) Applications for change of name
(d) Probate appeals
(e) Administrative appeals
(f) Proceedings pertaining to arbitration
(g) Summary Process (Eviction) actions
(h) Entry and Detainer proceedings
(i) Housing Code Enforcement actions

**Case Type Codes**

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | | T 03 | Defective Premises - Private - Other |
| | C 90 | All other | | T 11 | Defective Premises - Public - Snow or Ice |
| Eminent Domain | E 00 | State Highway Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 10 | Redevelopment Condemnation | | T 20 | Products Liability - Other than Vehicular |
| | E 20 | Other State or Municipal Agencies | | T 28 | Malpractice - Medical |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 29 | Malpractice - Legal |
| | E 90 | All other | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| Miscellaneous | M 00 | Injunction | | T 90 | All other |
| | M 10 | Receivership | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 20 | Mandamus | | V 05 | Motor Vehicles* - Property Damage only |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 40 | Arbitration | | V 09 | Motor Vehicle* - All other |
| | M 50 | Declaratory Judgment | | V 10 | Boats |
| | M 63 | Bar Discipline | | V 20 | Airplanes |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 30 | Railroads |
| | | | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 83 | Small Claims Transfer to Regular Docket | | W 90 | All other |
| | M 84 | Foreign Protective Order | | | |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| RETURN DATE: JANUARY 31, 2023 | : | SUPERIOR COURT |
| JAMES McFARLANE | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| SAIDKOZIM ASHRAPOV, ETAL | : | DECEMBER 19, 2022 |

**COMPLAINT**

**COUNT ONE:**   **(James McFarlane v. Saidkozim Ashrapov)**

1. On or about November 23, 2021, at about 11:11 a.m., the plaintiff, James McFarlane, was operating a motor vehicle westbound on Interstate 84 in the left-hand lane, approximately three-tenths (3/10) of a mile east of exit #7, in Danbury, Connecticut.

2. At the same time and place, the defendant, Saidkozim Ashrapov, was operating a truck owned by the defendant, E&O Solutions Inc. and/or Verda Express, Inc., directly behind the plaintiff's vehicle and drove into the rear of the plaintiff's motor vehicle (the "collision").

3. This collision, and the resulting injuries and losses suffered by the plaintiff were due to the negligence of the defendant in one or more of the following ways:

   a. He drove too closely behind the vehicle ahead of him and/or violated Connecticut General Statutes Section 14-240;

   b. He failed to keep his vehicle under proper and reasonable control;

c. He failed to keep a proper and reasonable lookout for other vehicles;

d. He failed to apply his brakes in time to avoid the collision;

e. He failed to turn his vehicle so as to avoid the collision;

f. He failed to sound his horn or flash his lights to warn of the impending collision;

g. He operated his motor vehicle at an unreasonable rate of speed and/or violated Connecticut General Statutes Section 14-218(a); and

h. He otherwise failed to exercise due care in operating his vehicle.

4. As a result of the collision described above, the plaintiff, James McFarlane, suffered the following injuries, some or all which may be permanent in nature:

a. Neck injury;

b. Back injury;

c. Chest injury;

d. Abdomen injury;

e. Head injury;

f. Headaches; and

g. Emotional distress.

5. As a result of these injuries, the plaintiff has experienced, and will experience in the future, pain and suffering.

6. As a further result of these injuries, the plaintiff has incurred, and may continue to incur, medical expenses.

7. As a further result of these injuries, the ability of the plaintiff to pursue and enjoy life's leisure activities has been reduced.

8. As a further result of this incident the plaintiff lost time from work and incurred lost wages and in the future may lose additional time from work and incur additional lost wages.

**COUNT TWO:**     (James McFarlane v. E&O Solutions Inc.)

1-8. Paragraphs 1-8 of Count One are hereby realleged as paragraphs 1-8 of Count Two.

9. The defendant, Saidkozim Ashrapov, drove the vehicle owned by the defendant, E&O Solutions Inc., with the permission and/or authorization of the defendant, E&O Solutions Inc..

10. The defendant, E&O Solutions Inc., is liable for the negligence of and/or the damages caused by the defendant, Saidkozim Ashrapov.

**COUNT THREE:**   **(James McFarlane v. Verda Express, Inc.)**

1-8.   Paragraphs 1-8 of Count One are hereby realleged as paragraphs 1-8 of Count Three.

9.   The defendant, Saidkozim Ashrapov, drove the vehicle owned by the defendant, Verda Express, Inc., with the permission and/or authorization of the defendant, Verda Express, Inc..

10.   The defendant, Verda Express, Inc., is liable for the negligence of and/or the damages caused by the defendant, Saidkozim Ashrapov.

THE PLAINTIFF

By: _____
Scott Burg, Esq.
BUTLER NORRIS & GOLD
254 Prospect Ave.
Hartford, CT  06106
(860) 236-6951
Juris No.: 007660

| | | |
|---|---|---|
| RETURN DATE:  JANUARY 31, 2023 | : | SUPERIOR COURT |
| JAMES McFARLANE | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| SAIDKOZIM ASHRAPOV, ETAL | : | DECEMBER 19, 2022 |

## PRAYER FOR RELIEF

The plaintiff claims:

1. Monetary relief;

2. Such other and further relief as the Court deems appropriate.

THE PLAINTIFF

By: _____
Scott Burg, Esq.
BUTLER NORRIS & GOLD
254 Prospect Ave.
Hartford, CT  06106
(860) 236-6951
Juris No.: 007660

| | | |
|---|---|---|
| RETURN DATE: JANUARY 31, 2023 | : | SUPERIOR COURT |
| JAMES McFARLANE | : | J.D. OF HARTFORD |
| VS. | : | AT HARTFORD |
| SAIDKOZIM ASHRAPOV, ETAL | : | DECEMBER 19, 2022 |

**STATEMENT OF AMOUNT IN DEMAND**

The amount in demand is greater than $15,000.00, exclusive of interest and costs.

THE PLAINTIFF

By: _____
Scott Burg, Esq.
BUTLER NORRIS & GOLD
254 Prospect Ave.
Hartford, CT 06106
(860) 236-6951
Juris No.: 007660

## OFFICER'S RETURN TO COURT

STATE OF CONNECTICUT:
                            : SS: WETHERSFIELD      DECEMBER 20, 2022
COUNTY OF HARTFORD :

Then and by virtue hereof and by direction of the Plaintiffs attorney, I made due and legal service upon the within named non-resident Defendant, **SAIDKOZIIVI ASHRAPOV,** by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, PRAYER FOR RELIEF, STATEMENT OF AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable. Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

And then thereafter and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named non-resident Defendant, **E&O SOLUTIONS INC.,** by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, PRAYER FOR RELIEF, STATEMENT OF AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable. Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

And then thereafter and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named non-resident Defendant, **VERDA EXPRESS, INC.**, by leaving a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, PRAYER FOR RELIEF, STATEMENT OF AMOUNT IN DEMAND, at the office of the Commissioner of Motor Vehicles for the State of Connecticut, at least twelve days before the session of the Court to which this writ is returnable.  Said Commissioner of Motor Vehicles of the State of Connecticut is the duly authorized agent and attorney for the within named non-resident Defendant.

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, PRAYER FOR RELIEF, STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, **SALDKOZIM ASHRAPOV, 9906 BUSTLETON AVE., APT. E13, PHILADELPHIA, PA 19115**.

SUPPLEMENTAL RETURN TO FOLLOW

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, PRAYER FOR RELIEF, STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, **E&O SOLUTIONS INC.,** *C/O* **AGENT FOR SERVICE: ORKHAN SHIRINZADE, 745 TOLLGATE ROAD, ELGIN, IL 60123.**

SUPPLEMENTAL RETURN TO FOLLOW

And afterwards, I deposited in the Post Office, postage paid, certified mail, return receipt requested, a true and attested copy of the within original WRIT SUMMONS-CIVIL, COMPLAINT, PRAYER FOR RELIEF, STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named non-resident Defendant, VERDA EXPRESS, INC. C/O ISA HUMBATLI, AGENT AND PRESIDENT, 2800 CANTERFIELD PKWY E UNIT 120, WEST DUNDEE, IL 60118.

SUPPLEMENTAL RETURN TO FOLLOW

The within is the original WRIT SUMMONS-CIVIL, COMPLAINT, PRAYER FOR RELIEF, STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed.

ATTEST:

JOHN ATLEPTTO, JR.
STATEWIARSHAb
Hartford County

FEES:
Service         $ 90.00
Travel            11.00
Copies            32.00
D.M.V.            60.00
Postage           33.00
Endorsements       9.50

TOTAL:         $235.50

3